**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL MANSOUR and JULIA MANSOUR, husband and wife,<br><br>Plaintiffs,<br>vs.<br><br>BRITISH AIRWAYS, PLC, a Foreign Corporation; HUNTLEIGH USA Corporation,<br><br>Defendants. | No. 2:18-cv-01757-BJR<br><br>**ORDER ON STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT BRITISH AIRWAYS, PLC**<br><br>**[Clerk's Action Required]** |

THIS MATTER came before the Court on the Stipulated Motion for Withdrawal and Substitution of Counsel for Defendant British Airways, PLC.

The Court, having reviewed the records and pleadings on file.

IT IS HEREBY ORDERED that the Stipulated Motion for Withdrawal and Substitution of Counsel for Defendant British Airways, PLC is GRANTED.

///

///

ORDER ON STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL FOR DEFENDANT BRITISH
AIRWAYS, PLC - 1 [2:18-cv-01757-BJR]

**NORTHCRAFT BIGBY PC**
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

ENTERED this 13th day of March, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

**PRESENTED BY:**

/s/ Franklin L. Smith
Franklin L. Smith, WSBA #14527
Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA 98121
Telephone: (206) 464-1911
Facsimile: (206) 464-1811
E-mail: frank@flyonsmith.com
Attorney for Plaintiffs

/s/ Steven W. Block
/s/ Kelly A. Mennemeier
Steven W. Block, WSBA #24299
Kelly A. Mennemeier, WSBA #51838
Foster Pepper PLLC
1111 Third Avenue, Suite 3000
Seattle, WA 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
E-mails: steve.block@foster.com
kelly.mennemeier@foster.com
Withdrawing Attorneys for Defendant British Airways, PLC

/s/ Mark S. Northcraft
Mark S. Northcraft, WSBA #7888
Northcraft Bigby PC
819 Virginia Street, Suite C-2
Seattle, WA 98101
Telephone: (206) 623-0229
Facsimile: (206) 623-0234
E-mail: mark_northcraft@northcraft.com
Attorney for Defendant Huntleigh USA
Substituting Attorneys for Defendant British Airways, PLC

**ORDER ON STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT BRITISH AIRWAYS, PLC - 2 [2:18-cv-01757-BJR]**