The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL MANSOUR and JULIA MANSOUR, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITISH AIRWAYS, PLC, a Foreign Corporation; HUNTLEIGH USA, Corporation,<br><br>Defendants. | No. 2:18-cv-01757-BJR<br><br>**STIPULATION AND ORDER TO CONTINUE PRETRIAL DEADLINES**<br><br>**WITHOUT ORAL ARGUMENT** |

## I. RELIEF REQUESTED

Defendants British Airways, PLC and Huntleigh USA Corporation and Plaintiffs Abdul Mansour and Julia Mansour, hereby stipulate and move the Court for an order extending the pretrial deadlines as good cause exists as set forth below.

## II. FACTS

This is a personal injury case against British Airways, PLC and Huntleigh USA brought by Plaintiff, Abdul Mansour, a disabled passenger who was injured in a fall while being unsuccessfully lifted aboard British Air Flight 0048 at SeaTac airport on January 10, 2018. (Dkt. #1 ¶3.5). Mr. Mansour was to be assisted onto the aircraft and to his seat by two employees of Huntleigh USA, with whom British Airways had contracted to provide

STIPULATION AND ORDER TO CONTINUE
PRETRIAL DEADLINES - 1 [2:18-cv-01757-BJR]

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

such services to disabled passengers. (*Id.*) The plaintiffs filed their complaint for damages on December 7, 2018. (Dkt. #1). Defendant British Airways, PLC answered on March 5, 2019. (Dkt. # 20). Defendant Huntleigh USA answered on March 28, 2019. (Dkt.# 25). All parties in this case have diligently worked to complete discovery and counsel for all parties have fostered and shared an amicable working relationship that has served to facilitate discussions during the course of this lawsuit. The parties agree that the interests of justice would be furthered by additional discovery, including deposition testimony. The extra time for discovery and expert opinions will facilitate discussions regarding settling.

Despite counsel's diligent efforts, key discovery still remains to be completed. Namely, Defendants need to have their expert perform an Independent Medical Exam. However, despite all parties' efforts to schedule the IME in a timely manner, the first date that the IME could be scheduled was November 18, 2019. (Declaration of Mark Northcraft, hereafter "Northcraft Decl." ¶1). Plaintiff has been travelling outside of the country, making it impossible to schedule the IME prior to mid-November. (*Id.*) Defendants' experts require the results from this IME to form their opinions and write their reports. Expert reports are currently due on October 31, 2019. (Dkt. #26).

Further, Plaintiff desires to attend the depositions of Lenny Tala and Abdinasir Fahiye, the workers who were involved in the accident. (Northcraft Decl. ¶2). Therefore, the parties have not been able to schedule those depositions either, as Plaintiff is still out of the country. (*Id.*)

### III. STATE OF ISSUE

Whether this Court should continue the pretrial deadlines as there is good cause to do so?

**STIPULATION AND ORDER TO CONTINUE**
**PRETRIAL DEADLINES - 2 [2:18-cv-01757-BJR]**

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

## IV. EVIDENCE RELIED UPON

1. The Declaration of Mark S. Northcraft;
2. The files and documents herein.

## V. AUTHORITY

Under the federal rules of civil procedure "[a] schedule may be modified only for good cause and with the judge's consent." FRCP 16(b)(4). There is good cause to continue the pretrial deadlines here. Despite all parties' efforts, discovery is not yet complete. Defendants' experts require the results from the IME to fully form their opinions and write their reports. (Northcraft Decl. ¶1). More, key witnesses Lenny Tala and Abdinasir Fahiye have yet to be deposed and these witnesses will not be deposed until after November 14, 2019 so that Plaintiff will be available to attend the depositions as well. (Northcraft Decl. ¶2). In order to, facilitate further discovery of relevant facts in the lawsuit, and facilitate settlement negotiations, the parties agree the pretrial deadlines in this matter be continued by ninety days.

## VI. CONCLUSION

For the foregoing reasons, all parties request this Court continue all pretrial deadlines by ninety days.

DATED this 30th day of October, 2019.

/s/ Mark S. Northcraft
Mark S. Northcraft, WSBA #7888
Northcraft Bigby PC
819 Virginia Street, Suite C-2
Seattle, WA 98101
Telephone: (206) 623-0229
Facsimile: (206) 623-0234
E-mail: mark_northcraft@northcraft.com
Attorney for Defendants

STIPULATION AND ORDER TO CONTINUE
PRETRIAL DEADLINES - 3 [2:18-cv-01757-BJR]

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
tel: 206-623-0229
fax: 206-623-0234

Pursuant to a stipulation between the parties and good cause having been found,

IT IS HEREBY ORDERED that:

1. All pretrial deadlines in this matter are to be continued ninety days. The clerk shall issue a new minute order setting forth the new deadlines in this matter pursuant to FRCP 16(b).

IT IS SO ORDERED.

DATED this 31st day of October, 2019.

BARBARA J. ROTHSTEIN
United States District Judge

**PRESENTED BY:**

*E-Signature Authorized*

/s/ Franklin L. Smith
Franklin L. Smith, WSBA #14527
Attorney for Plaintiffs
Law Offices of Franklin L. Smith
2025 1st Avenue, Suite 1200
Seattle, WA 98121
Phone: 206-464-1911
Email: frank@flyonsmith.com
*Attorney for Plaintiffs*


/s/ Mark S. Northcraft
Mark S. Northcraft, WSBA #7888
Northcraft Bigby PC
819 Virginia, Suite C-2
Seattle, WA 98101
Telephone: (206) 623-0229
Email: mark_northcraft@northcraft.com
*Attorney for Defendants*

STIPULATION AND ORDER TO CONTINUE
PRETRIAL DEADLINES - 4 [2:18-cv-01757-BJR]

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Franklin L. Smith
Attorney for Plaintiffs
Law Offices of Franklin L. Smith
2025 1st Avenue, Suite 1200
Seattle, WA 98121
frank@flyonsmith.com
*Attorney for Plaintiffs*

SIGNED in Seattle, Washington on October 30, 2019.

/s/ Nichole A. Edwards
Nichole A. Edwards
nikki_edwards@northcraft.com
Legal Assistant to Mark S. Northcraft

**STIPULATION AND ORDER TO CONTINUE
PRETRIAL DEADLINES - 5 [2:18-cv-01757-BJR]**

NORTHCRAFT BIGBY PC
819 Virginia Street / Suite C-2
Seattle, Washington 98101
*tel:* 206-623-0229
*fax:* 206-623-0234