UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL MANSOUR and JULIA MANSOUR, husband and wife, | CASE NO. 2:18-cv-01757-BJR |
| Plaintiffs, | RESCHEDULING ORDER |
| v. | |
| BRITISH AIRWAYS PLC, a foreign Corporation; HUNTLEIGH USA CORPORATION, | |
| Defendants. | |

Trial in this matter is currently set for August 31, 2020 and a Pretrial Conference is currently scheduled for August 17, 2020. Dkt. No. 32. The Court notes, however, that the parties have not filed a Joint Pretrial Statement, which was due August 3, 2020. *Id.* The Court also notes that Defendants have requested a trial by jury. Dkt. No. 25.

As reflected in the General Orders recently issued by the Western District of Washington, the COVID-19 pandemic has substantially affected the Court's ability to conduct in-person jury proceedings. It is the considered view of the judges in this District that jury trials are not likely to resume in the near future. However, the Court believes that it is important to maintain existing

1

case schedules to the greatest extent possible under the current circumstances. Therefore, the Court extends the option of conducting a virtual Bench trial.

With the foregoing in mind, the Court hereby VACATES the current trial and pretrial conference dates. The parties are to submit their Joint Pretrial Statement no later than Wednesday, August 19, 2020. The Joint Statement should indicate whether all parties consent to a virtual Bench trial. If the parties so consent, the Joint Statement should include an agreed upon date in the month of September for trial, excluding September 15 and 29, 2020. If, however, one party does not consent to a virtual Bench trial, the Joint Statement should not indicate which party does not consent, merely that there is no agreement as to a virtual Bench trial. In that case, all pre-trial and trial deadlines will remain vacated.

Additionally, the Court hereby ORDERS the parties to proceed to mediation forthwith in an effort to resolve the remaining issues in this case.

SO ORDERED.

DATED this 13th day of August, 2020.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE