The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL MANSOUR and JULIA MANSOUR, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> BRITISH AIRWAYS, PLC, a Foreign Corporation; HUNTLEIGH USA, Corporation, <br><br> Defendants. | No. 2:18-cv-01757-BJR <br><br> JOINT PRE-TRIAL STATEMENT |

Pursuant to Local Rule 16(h) and (i) of the United States District Court for the Western District of Washington and the Notice of Trial and Order Setting Deadlines, the parties disclose the following information:

**1.      FEDERAL JURISDICTION**

This action is brought pursuant to 28 U.S.C. § 1331.  This action arises under the laws and treaties of the United States and thereby presents federal law.  The subject matter of this claim involves an accident that occurred during international air travel, and this cause of action arises from treaty agreement, namely the Montreal Convention. The court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1332.

JOINT PRE-TRIAL STATEMENT - 1

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811

**2.   CLAIMS FOR RELIEF WHICH PLAINTIFFS INTENDS TO PURSUE AT TRIAL**

Plaintiffs intend to pursue all seven causes of action set forth in the Complaint at trial.

**2.A   CLAIMS FOR RELIEF WHICH PLAINTIFFS INTENDS TO PURSUE AT TRIAL**

This Court has entered its ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT. The only issues to be tried are proximate cause, the nature and extent of the injuries alleged by the Plaintiffs, and damages.

**3.   RELEVANT FACTS ABOUT WHICH PLAINTIFF ASSERTS THERE IS NO DISPUTE AND WHICH PLAINTIFF IS PREPARED TO ADMIT**

Plaintiff identifies the following facts that he maintains are undisputed:

1.   Prior to January 10, 2018, Mr. Mansour and British Airways entered into a contract for international carriage, as that term is known and defined in Article 1 of the Montreal Convention, providing Mr. Mansour and his wife with 1st class tickets SeaTac International Airport in King County, Washington, to Heathrow Airport in London, England. The parties entered into this contract for international carriage while Mr. Mansour was in Seattle, Washington.

2.   Pursuant to this contract for international carriage, on or about January 10, 2018, plaintiffs, Abdul Mansour and Julie Mansour, were passengers on British Airways Flight BA0048 from Seattle, Washington, to London, England.

3.   Prior to the flight to London, Mr. Mansour had advised British Airways that he was disabled, used a wheelchair and that he would require boarding and other assistance. When

JOINT PRE-TRIAL STATEMENT - 2

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA 98121
(206) 464-1911
Fax (206) 464-1811

he and his wife arrived at SeaTac airport, Mr. Mansour was advised by British Airways that he would be assisted onto the aircraft and to his seat by two employees of Huntleigh USA, with whom British Airways had contracted to provide such services to disabled passengers.

4. When they arrived at the aircraft on the jetway, the two Huntleigh employees attempted to transfer Mr. Mansour from the wheelchair to a chair to take him to his seat. During this maneuver, the Huntleigh employees negligently, recklessly and carelessly dropped Mr. Mansour, head first, wedging his head and body between the jet way and the aircraft doorway causing serious bodily injury. Mr. Mansour blacked out from the fall and came to in pain and bleeding from his head while the two men discussed how to extricate him from his wedged position between the jet way and the aircraft doorway.

5. After several minutes, the men were successful in getting Mr. Mansour back in the carrier seat and took him to his assigned seat, while his wife, Julia a trained nurse tended to his injuries for the duration of the flight to London. When the Mansour's arrived at their final destination of Beirut, Lebanon, Mr. Mansour sought and received treatment for his extensive injuries suffered in the accident.

6. After the flight to London, Defendants further failed to advise plaintiffs of their right to pursue enforcement action against British Airways, and failed to investigate and/or provide plaintiffs with an admission or denial that plaintiffs rights under the Air Carrier Access Act, 49 U.S.C. § 41705 (ACAA) were violated, and failed to provide plaintiffs with a complete summary of the facts of the accident as required under the terms of the ACAA.

**3.A.   RELEVANT FACTS ABOUT WHICH DEFENDANTS DISPUTE**

1. Defendants deny that Huntleigh employees negligently, recklessly and carelessly dropped Mr. Mansour, head first, wedging his head and body between the jet way and the

JOINT PRE-TRIAL STATEMENT - 3

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811

aircraft doorway causing serious bodily injury.  This Court has ruled that "Defendants have failed to adduce sufficient evidence upon which a reasonable jury could find that Defendants were not negligent" and that "the Court hereby GRANTS Plaintiff's Motion for Partial Summary Judgment as to Defendants' liability to the full extent available under Article 21 of the Montreal Convention." The Defendants further deny that Mr. Mansour blacked out from the fall and came to in pain and bleeding from his head while the two men discussed how to extricate him from his wedged position between the jet way and the aircraft doorway.

    2.    The Defendants deny that Mr. Mansour suffered extensive injuries in the accident.

    3.    The Defendants deny that they failed to advise plaintiffs of their right to pursue enforcement action against British Airways, and failed to investigate and/or provide plaintiffs with an admission or denial that plaintiffs rights under the Air Carrier Access Act, 49 U.S.C. § 41705 (ACAA) were violated, and failed to provide plaintiffs with a complete summary of the facts of the accident as required under the terms of the ACAA.  The Defendants further assert that such allegations are not material to the plaintiffs' claims for injury and damage, the nature and extent of which are at issue in this case.

    **4.**    **ISSUES OF LAW SUBMITTED BY PLAINTIFF**

    1.    The Court has granted Plaintiffs' Motion for Summary Judgment on full liability of both defendants under The Montreal Convention.

    **4.A**    **ISSUES OF LAW SUBMITTED BY PLAINTIFF**

    1.    It is unknown what Plaintiffs mean by their characterization of this Court's Order. This Court has ruled that "Defendants have failed to adduce sufficient evidence upon which a reasonable jury could find that Defendants were not negligent" and that "the Court hereby GRANTS Plaintiff's Motion for Partial Summary Judgment as to

JOINT PRE-TRIAL STATEMENT - 4

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811

Defendants' liability to the full extent available under Article 21 of the Montreal Convention."

**5.     NAMES AND ADDRESSED OF PLAINTIFF'S WITNESSES AND GENERAL NATURE OF EXPECTED TESTIMONY**

The plaintiffs expects the following witnesses will testify:

1. Abdul Mansour
c/o Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911

Mr. Mansour will testify to the facts regarding this accident and his injuries as a result of this accident.

2. Julia Mansour
c/o Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911

Mrs. Mansour will testify to the facts regarding this, among other things, as to the effects this incident has had on Mr. Mansour and his life, and her relationship with him.

3. Sam Mansour
[Will Supplement]

Sam Mansour is Abdul Mansour's brother and will testify regarding how this accident and resulting injuries has affected Abdul and Julia Mansour's life.

4. Amy Smith
[Will Supplement]

Amy Smith is plaintiffs' sister-in-law and will testify regarding how this accident and resulting injuries has affected Abdul and Julia Mansour's life.

5. Alina M. Urriola, MD
Swedish Medical Group

JOINT PRE-TRIAL STATEMENT - 5

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811

      604 NW Richmond Beach Road
      Shoreline, WA  98177
      (206) 533-2900

Plaintiffs may call Dr. Urriola who treated plaintiff for his injuries from this incident.

6.    William A. Anderson, MD
      Swedish Medical Group
      1600 E. Jefferson Street, #300
      Seattle, WA  98122
      (206) 386-2677

Plaintiffs may call Dr. Anderson who treated plaintiff for his injuries from this incident.

7.    Christopher Shuhart, MD
      Swedish Medical Center
      5300 Tallman Avenue NW
      Seattle, WA  98107
      (206) 782-2700

Plaintiffs may call Dr. Anderson who treated plaintiff for his injuries from this incident.

8.    ATI Physical Therapy
      6601 220th Street W., Suite A
      Mountlake Terrace, WA  98043
      (425) 775-7274

Plaintiffs may call a physical therapist who treated plaintiff for his injuries from this incident.

9.    Dr. Nazeh Jaber
      Anqoun – Center Haziemah First Floor
      Beirut - Lebanon
      07/205248-03/363126

Plaintiffs may call Dr. Jaber who treated plaintiff for his injuries from this incident.

10.    Manual J. Gomes, Ph.D
      Wilson Joon Chang, MD
      Gregory D. Rudolf, MD
      Sharon Hsin Hsu, Ph.D.
      Katie S. Kapugi
      Swedish Pain Center
      600 Broadway, Suite 530
      Seattle, WA  98122

JOINT PRE-TRIAL STATEMENT - 6

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811

Plaintiffs may call one or all of the treating physicians at Swedish Pain Center who treated plaintiff for his injuries from this incident.

11. Sonja Braasch
    Occupational Therapist
    Swedish
    600 Broadway, Suite 580
    Seattle, WA  98122

Plaintiffs may call Sonja Braasch who treated plaintiff for his injuries from this incident.

12. Cloie B. Johnson, Med
    OSC Vocational Systems, Inc.
    10132 NE 185th Street
    Bothell, WA  98011
    T: (425)949-4406

Cloie Johnson is expected to testify regarding the matters in Plaintiffs' Expert Witness Disclosure and the matters in Ms. Johnson's Report pursuant to Federal Rule of Civil Procedure 26, previously served on Defendant.

**5.A   NAMES AND ADDRESSED OF DEFENDANTS' WITNESSES AND GENERAL NATURE OF EXPECTED TESTIMONY**

1. Abdinisar B. Fahiye
   Huntleigh USA
   c/o Northcraft Bigby PC
   819 Virginia Street
   Suite C-2
   Seattle, WA 98101
   (206) 623-0229

Mr. Fahiye may testify as to how the accident involving Mr. Mansour occurred.

2. Dr. Jennifer James
   801 Pine St., Suite 100
   Seattle, WA 98101
   (206) 226-9183

JOINT PRE-TRIAL STATEMENT - 7

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811

Dr. James is Board Certified in Physical Medicine and Rehabilitation and Board Certified in Spinal Cord Injury Medicine and specializes in spine, neck and back injuries. She has an active practice surrounding spinal cord injury diagnosis and treatment, neurotrauma rehabilitation, and life care planning. She performed an Independent Medical Exam, pursuant to Civil Rule 35, on Plaintiff Abdul Mansour on January 27, 2020. Dr. James also reviewed the deposition testimony of the Plaintiffs and medical records obtained subsequent to her Independent Medical Exam of Mr. Mansour. Dr. James will testify that the injuries experienced by Mr. Mansour as a result of the fall on January 10, 2018 have completely resolved.

3. Rebecca S. Bellerive, RN, CCM, CLCP
5500 Olympic Dr., Ste. H105, PMB 244
Gig Harbor, WA 98335

Ms. Bellerive is a registered nurse, certified case manager, certified disability management specialist and certified life care planner. Ms. Bellerive will testify that based upon the Independent Medical Exam and follow-up thereto by Dr. James that Mr. Mansour does not need a life care plan related to the injuries Mr. Mansour experienced during the fall on January 10, 2018.

**6. LIST OF EXHIBITS WHICH MAY BE OFFERED BY PLAINTIFF AT TIME OF TRIAL (EXCEPT EXHIBITS TO BE USED FOR IMPEACHMENT ONLY)**

Plaintiffs intend to present exhibits to the jury in both electronic and paper format. A list of exhibits plaintiffs may offer at the time of trial, excluding impeachment exhibits, is as follows:

Plaintiffs expect to offer the following documents or other exhibits:

1. Plaintiff's medical records and billing invoices.

JOINT PRE-TRIAL STATEMENT - 8

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA 98121
(206) 464-1911
Fax (206) 464-1811

2. Documents and invoices/receipts for all medical and other expenses related to this accident.

3. Photographs of Plaintiff Abdul Mansour's injuries.

4. Dr. Hsu's Report.

5. Dr. Urriola's Report.

6. Cloie Johnson's Report.

**6.A   LIST OF EXHIBITS WHICH MAY BE OFFERED BY DEFENDANTS AT TIME OF TRIAL (EXCEPT EXHIBITS TO BE USED FOR IMPEACHMENT ONLY)**

1. Medical Records of Plaintiff Abdul Mansour.

2. Dr. James report of her Independent Medical Exam and addendum thereto.

**7.   VIRTUAL BENCH TRIAL**

The parties do not agree to a virtual bench trial.

DATED this 18th day of August, 2020.

/s/ Franklin L. Smith
Franklin L. Smith, WSBA #14527
Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
Telephone:  (206) 464-1911
Facsimile:  (206) 464-1811
E-mail:  frank@flyonsmith.com
Attorney for Plaintiffs

/s/ Mark S. Northcraft
Mark S. Northcraft, WSBA #7888
Northcraft Bigby PC
819 Virginia Street, Suite C-2
Seattle, WA  98101
Telephone:  (206) 623-0229
Facsimile:  (206) 623-0234
E-mail:  mark_northcraft@northcraft.com
Attorney for Defendants

JOINT PRE-TRIAL STATEMENT - 9

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Franklin L. Smith
frank@flyonsmith.com, jeninem@flyonsmith.com

SIGNED in Seattle, Washington on August 18, 2020.

/s/ Lilly B. Tang
Lilly B. Tang
Legal Assistant
Northcraft Bigby PC
819 Virginia Street, Suite C-2
Seattle, WA  98101
Telephone:  (206) 623-0229
Facsimile:  (206) 623-0234
E-mail:  lilly_tang@northcraft.com

JOINT PRE-TRIAL STATEMENT - 10

Law Offices of Franklin L. Smith
2025 First Avenue, Suite 1200
Seattle, WA  98121
(206) 464-1911
Fax (206) 464-1811