The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABDUL MANSOUR and JULIA MANSOUR, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>BRITISH AIRWAYS, PLC, a Foreign Corporation; HUNTLEIGH USA, Corporation,<br><br>Defendants. | No. 2:18-cv-01757-BJR<br><br>ORDER OF DISMISSAL |

ORDER

The Court is in receipt of the Parties' Stipulation and Proposed Order of Dismissal. Dkt. No. 54. The parties having so stipulated and agreed, it is hereby SO ORDERED. The above-referenced case is hereby DISMISSED with prejudice and without an award of costs or fees to any party. The Clerk is directed to send copies of this Order to all counsel of record.

DATED this 15th day of June, 2021.

_____
The Honorable Barbara J. Rothstein
United States District Court Judge

1